**Order entered December , 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00701-CR**

**CARLOS RAUL LARIOSTREJO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1922702-P**

## ORDER

The reporter's record in this case is overdue. The record was originally due August 16, 2022. On September 26, 2022, the court reporter, Crystal R. Brown, filed a request for a thirty-day extension; the Court granted the extension, making the reporter's record due October 26, 2022. On October 31, 2022, Ms. Brown filed a second request for an extension, and on November 4, 2022, the Court granted the extension and ordered the reporter's record be filed by November 18, 2022. As of

the date of this order, the reporter's record has not been filed, and Ms. Brown has not communicated further with the Court concerning this case.

We **ORDER** Crystal Brown to file the reporter's record by January 17, 2023.

We expressly **CAUTION** Ms. Brown that failure to comply with this order **WILL** result in the Court taking such action as is necessary to have Ms. Brown comply with the Court's orders, including an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Raquel 'Rocky' Jones
Presiding Judge
203rd Judicial District Court

Crystal Brown
Court Reporter
203rd Judicial District Court

All parties

/s/    ERIN A. NOWELL
JUSTICE